*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
HACKEL, KIRKBY, and GROSS
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Florencio J. NAJERA**
Aviation Electrician's Mate Second Class Petty Officer (E-5),
U.S. Navy
*Appellant*

**No. 202300276**

_____

Decided: 26 January 2024

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Kimberly J. Kelly

Sentence adjudged 13 July 2023 by a special court-martial convened at Naval Air Station Jacksonville, Florida, consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-3, confinement for forty-one days,[1] and a bad-conduct discharge.

For Appellant:
*Captain Kimberly D. Hinson, JAGC, USN*

---

[1] Appellant was credited with 41 days of pretrial confinement.

———————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

———————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, and Appellant having not challenged the factual sufficiency of this case, we have determined that the findings are correct in law, the sentence is correct in law and fact, and that no error materially prejudicial to Appellant's substantial rights occurred.[2]

However, we note that the Entry of Judgment does not reflect the correct type of special court-martial.[3] Although we find no prejudice, Appellant is entitled to have court-martial records that correctly reflect the content of his proceeding.[4] In accordance with Rule for Courts-Martial 1111(c)(2), we modify the Entry of Judgment and direct that it be included in the record.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court

---

[2] Articles 59 & 66, Uniform Code of Military Justice, 10 U.S.C. §§ 859, 866.

[3] See Block 8 of the Entry of Judgment.

[4] *United States v. Crumpley*, 49 M.J. 538, 539 (N-M. Ct. Crim. App. 1998).

# United States Navy–Marine Corps Court of Criminal Appeals

| | |
|---|---|
| **UNITED STATES** | NMCCA NO. 202300276 |
| **v.** | **ENTRY OF JUDGMENT** |
| **Florencio J. NAJERA**<br>**Aviation Electrician's Mate Second**<br>**Class Petty Officer (E-5)**<br>**U.S. Navy**<br>*Accused* | *As Modified on Appeal*<br><br>**26 January 2024** |

On 13 July 2023, the Accused was tried at Naval Air Station Jacksonville, Florida, by a special court-martial, consisting of a military judge sitting alone. Military Judge Kimberly J. Kelly presided.

## FINDINGS

The following are the Accused's pleas and the Court's findings to all offenses the convening authority referred to trial:

**Charge:** **Violation of Article 128b, Uniform Code of Military Justice, 10 U.S.C. § 928b.**

*Plea:* Guilty.
*Finding:* Guilty.

**Specification:** **Violent Offense – Assault consummated by a battery on or about 8 April 2023.**

*Plea:* Guilty.
*Finding:* Guilty.

## SENTENCE

On 13 July 2023, a military judge sentenced the Accused to the following (as modified, if at all, during any post-trial action):

**Reduction to pay grade E-3.**

**Confinement for a total of 41 days.**

**A bad-conduct discharge.**

The Accused has served 41 days pretrial confinement and shall be credited with 41 days of confinement already served, to be deducted from the adjudged sentence to confinement.

FOR THE COURT:

MARK K. JAMISON
Clerk of Court